## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**CURTIS GABBIDON**
1948 Shiloh Valley Trail NW
Kennesaw, GA 30144

      Plaintiff,

v.

**STANLEY PEARLMAN ENTERPRISES**
d/b/a CONGRESSIONAL SEAFOOD
COMPANY
7775 Chesapeake Court
Jessup, Maryland 20795

And

**DAVID FYE**
7406 Piney Branch Road
Takoma Park, Maryland 20912

      Defendants.

Case Number: 19-3219

### DEFENDANT'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. SECTION 1441

COMES NOW, the defendant, Stanley Pearlman Enterprises, Inc. (improperly identified as Stanley Pearlman Enterprises) d/b/a Congressional Seafood Company, by and through its attorneys, Robert B. Hetherington, Jonathan R. Clark, and McCarthy Wilson, LLP, and hereby files this Notice of Removal pursuant to 28 U.S.C. Section 1441(b), 1446, and 1332(a)(1). In support thereof, Defendant states as follows:

1. On or about September 6, 2019, the above-referenced Plaintiff filed a Complaint with Jury Demand in the Superior Court of the District of Columbia. The Complaint arises out of an automobile accident that occurred in the District of Columbia on or about February 28, 2018. The Plaintiff's Complaint contains a count for negligence and seeks damages for personal injuries allegedly arising out of the subject automobile accident.

LAW OFFICES
McCARTHY WILSON LLP
A LIMITED LIABILITY PARTNERSHIP
WWW.MCWILSON.COM

2.     On or about October 16, 2019, this Defendant was served with a copy of the Complaint and Summons. Pursuant to 28 U.S.C. Section 1446, Defendant attaches hereto copies of all Superior Court process, pleadings, and orders served upon this Defendant. (Exhibit 1).

3.     The Complaint seeks damages exceeding $100,000.

4.     Plaintiff is a citizen of the State of Georgia.

5.     Defendant Stanley Pearlman Enterprises, Inc. d/b/a Congressional Seafood Company is a citizen of and has its principal place of business in the State of Maryland.

6.     Defendant David Fye is a citizen of the State of Maryland.

7.     Pursuant to Section 28 U.S.C. Section 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

8.     Further, "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between ... citizens of different States." 28 U.S.C. Section 1332(a)(1).

9.     Therefore, this matter is properly removed by the Defendant from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

LAW OFFICES
McCARTHY WILSON LLP
A LIMITED LIABILITY PARTNERSHIP
WWW.MCWILSON.COM

WHEREFORE, the Defendant respectfully requests that the Court accept this Notice of Removal and requests that this matter be opened and docketed with the United States District Court for the District of Columbia.

Respectfully submitted,

**McCARTHY WILSON, LLP**

*/s/ Robert B. Hetherington*
Robert B. Hetherington, Esq. 401136

*/s/ Jonathan R. Clark*
Jonathan R. Clark, Esq. 448996

2200 Research Boulevard, Suite 500
Rockville, Maryland 20850
(301) 762-7770
(301) 926-7444 (fax)
hetheringtonr@mcwilson.com
clarkj@mcwilson.com
*Attorneys for Defendant
Stanley Pearlman Enterprises, Inc. d/b/a
Congressional Seafood Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that a copy of the foregoing *Notice of Removal* was filed electronically and mailed, postage prepaid, this **25th day of October 2019**, to:

Christopher T. Nace, Esq.
Paulson & Nace, PLLC
1025 Thomas Jefferson St., NW
Suite 810
Washington, DC 20007
ctnace@paulsonandnace.com
*Counsel for Plaintiff*

David Fye
7406 Piney Branch Road
Takoma Park, Maryland 20912

*/s/ Jonathan R. Clark*

LAW OFFICES
McCARTHY WILSON LLP
A LIMITED LIABILITY PARTNERSHIP
WWW.MCWILSON.COM