UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CURTIS GABBIDON | : |
| Plaintiff, | : |
| v. | : Case Number: 19-3219 |
| STANLEY PEARLMAN ENTERPRISES d/b/a CONGRESSIONAL SEAFOOD COMPANY | : |
| And | : |
| DAVID FYE 7406 Piney Branch Road Takoma Park, Maryland 20912 | : |
| Defendants. | : |

### ANSWER OF DEFENDANT STANLEY PEARLMAN ENTERPRISES, INC. d/b/a CONGRESSIONAL SEAFOOD COMPANY TO PLAINTIFF'S COMPLAINT WITH JURY DEMAND

COMES NOW, the Defendant, Stanley Pearlman Enterprises, Inc. (improperly identified as Stanley Pearlman Enterprises) d/b/a Congressional Seafood Company, by and through its attorneys Robert B. Hetherington, and McCarthy Wilson, LLP, and for its Answer to Plaintiff's Complaint states as follows:

### FIRST DEFENSE

That the Complaint fails to state a claim upon which relief can be granted;

### SECOND DEFENSE

That all or part of the relief sought is barred by the applicable Statute of Limitations;

### THIRD DEFENSE

That the Plaintiff was contributorily negligent, which bars the relief sought;

LAW OFFICES
McCARTHY WILSON LLP
A LIMITED LIABILITY PARTNERSHIP
WWW.MCWILSON.COM

1

### FOURTH DEFENSE

That the Plaintiff assumed the risk of injury, which bars the relief sought;

### FIFTH DEFENSE

That the Plaintiff failed to mitigate damages, which bars all or part of the relief sought;

### SIXTH DEFENSE

That the Defendant denies the causal relationship of the Plaintiff's alleged injuries to this occurrence;

### SEVENTH DEFENSE

That for specific admissions or denials of the Plaintiff's allegations, Defendant states as follows:

1. The allegations in Paragraph 1 of Plaintiff's Complaint contains jurisdictional allegations for which Defendant is not required to specifically admit or deny;

2. The allegations in paragraph 2 of Plaintiff's Complaint contains venue allegations for which Defendant is not required to specifically admit or deny;

3. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in Paragraph 3 pertaining to Plaintiff;

4. Defendant admits that Stanley Pearlman Enterprises, Inc. is a Maryland corporation registered to do business in the District of Columbia and denies the remaining allegations in Paragraph 4;

5. Defendant admits that Defendant David Fye, is and at all times relevant hereto was a resident of the State of Maryland and was operating a vehicle owned by

LAW OFFICES
McCARTHY WILSON LLP
A LIMITED LIABILITY PARTNERSHIP
WWW.MCWILSON.COM

Defendant Stanley Pearlman Enterprises, Inc. in the District of Columbia on the date of the accident, February 28, 2018; All other allegations in Paragraph 5 are denied;

    6.    Admitted.

    7.    Defendant admits that Defendant Fye was driving a GMC Sierra truck owned by Defendant and was traveling behind Plaintiff; Defendant denies any remaining allegations as set forth in Paragraph 7.

    8.    Defendant admits that Defendant Fye's vehicle made contact with the rear of the two-door vehicle being driven by Plaintiff; Defendant denies any remaining allegations as set forth in Paragraph 8;

    9.    Defendant admits that the rear of Plaintiff's vehicle sustained some damages; Defendant denies any remaining allegations as set forth in Paragraph 9;

    10.    Denied.

    11.    The allegations in Paragraph 11 of the Plaintiff's Complaint are cumulative and have elsewhere been admitted or denied herein;

    12.    Defendant admits that Defendant Fye was operating its vehicle as its agent and/or employee at the time of the occurrence; Defendant denies any remaining allegations as set forth in Paragraph 12;

    13.    Denied;

    14.    Denied;

    15.    Denied;

    16.    Denied;

    17.    Denied;

And the claim for relief are denied;

LAW OFFICES
McCARTHY WILSON LLP
A LIMITED LIABILITY PARTNERSHIP
WWW.MCWILSON.COM

EIGHTH DEFENSE

That the Defendant generally denies all liability and damages to the Plaintiff;

NINTH DEFENSE

That the occurrence alleged was an unavoidable accident, which bars the relief sought;

TENTH DEFENSE

That the occurrence alleged was caused by a sudden stop of a vehicle, which bars the relief sought;

WHEREFORE, the Complaint having been fully answered, the Defendant respectfully requests that it be dismissed with prejudice.

Respectfully submitted,

**McCARTHY WILSON, LLP**

*/s/ Robert B. Hetherington*
Robert B. Hetherington, Esq. 401136
2200 Research Boulevard, Suite 500
Rockville, Maryland 20850
(301) 762-7770
(301) 926-7444 (fax)
hetheringtonr@mcwilson.com
*Attorneys for Defendant*
*Stanley Pearlman Enterprises, Inc. d/b/a*
*Congressional Seafood Company*

## JURY DEMAND

The Defendant, Stanley Pearlman Enterprises, Inc., by and through its attorneys, McCarthy Wilson, LLP and Jonathan R. Clark, hereby demands a trial by jury on all issues herein.

*/s/Robert B. Hetherington*
Robert B. Hetherington, Esq. 401136

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that a copy of the foregoing *Answer to Plaintiff's Complaint with Jury Demand* was filed electronically and mailed, postage prepaid, this **29th day of October 2019**, to:

Christopher T. Nace, Esq.
Paulson & Nace, PLLC
1025 Thomas Jefferson St., NW
Suite 810
Washington, DC 20007
ctnace@paulsonandnace.com
*Counsel for Plaintiff*

David Fye
7406 Piney Branch Road
Takoma Park, Maryland 20912
*Pro Se Defendant*

*/s/Robert B. Hetherington*
Robert B. Hetherington, Esq. 401136

LAW OFFICES
McCARTHY WILSON LLP
A LIMITED LIABILITY PARTNERSHIP
WWW.MCWILSON.COM