CURRICULUM VITAE

# MATTHEW DAVID AMMERMAN

_Birth and Citizenship:_

DOB:  September 1, 1976, Washington, DC
US Citizen

_Private Practice in Neurological Surgery at_:

Washington Neurosurgical Associates, PC
5215 Loughboro Road, NW
Suite #510
Washington, D.C.  20016
(202)966-6300 (O)
(202)364-4362 (f)
www.neurosurgerydc.com
wnalegal@gmail.com

_Clinical Appointments_:

Assistant Clinical Professor of Neurological Surgery at George Washington University
Adjunct Assistant Clinical Professor of Neurological Surgery at Johns Hopkins

_Education:_

| | |
|---|---|
| College: | Emory University, Atlanta, GA<br>August 1994-May 1998; B.S. with<br>Summa Cum Laude in biology |
| Medical School: | George Washington University<br>Washington, DC,<br>August 1998-May 2002<br>MD with Distinction |
| Internship: | George Washington University<br>Medical Center<br>Department of Surgery |

rev 1/2019

Washington, D.C.
July 2002-June 2003
Director:  Paul Lin, M.D.

Residency:                                  George Washington University
                                            Medical Center
                                            Department of Neurosurgery
                                            Washington, D.C.
                                            July 2003 to June 2008
                                            Director:  Anthony J. Caputy, MD

Fellowship:                                 University of Tennessee
                                            Semmes-Murphey Clinic
                                            Minimally Invasive and Complex
                                            Spine Surgery
                                            Memphis,TN
                                            July 2008 to June 2009
                                            Director:  Kevin T. Foley, MD

*USMLE:*

Step 1 (passed 6/13/00)
Step 2 (passed 2/01/02)
Step 3 (passed 9/22/03)

*ABNS:*
Written exam (passed 3/25/2006)
Board Certified (11/27/2013)

*Medical License:*

Washington DC          MD036651 exp 12-31-2020
Tennessee              MD43435   (retired)
Florida                ME117676 exp 01-31-2020

*Awards and Honors:*

Wolfgang Koos, MD Neurosurgical Resident's Award, 2005
William Beaumont Society
Gill Fellowship Award 2001
Omicron Delta Kappa Leadership Honor Society (Member and President), 1997-98
Mortar Board, 1998
Order of Omega, Greek Honor Society (Member and President), 1996-98
Emory College Deans' List – 8 semesters

rev 1/2019

Washingtonian Top Doctor - 2012, 2014, 2016, 2017, 2018

*Courses:*

Course Instructor for – Microsurgical Techniques: A Hands on course 11/13/99 – 11/14/99. George Washington Neurological Institute and Ammerman Neurosurgical Laboratory, Washington, DC.

Invited Faculty - Spine + Science + Management: teaching residents and fellows DLIF techniques 4-22-2010 to 4-24-2010. Miami Florida, JW Marriott.

Invited Faculty - MAST Techniques Custom Training April 8, 2011. MERI, Memphis, TN.

Invited Faculty - MAST Techniques and training Sept 15-16th, 2011. MERI, Memphis, TN.

Invited Faculty - Spine + Science + Management: teaching residents and fellows MAST techniques 4-28-2011 to 4-30-2011. Miami Florida, JW Marriott

Invited Faculty - Spine + Science + Management: teaching resident and fellows MAST techniques 5-2-2013 to 5-3-2013. Tampa Florida

Invited Faculty - Spine + Science + Management: teaching residents and fellows MAST techniques 5-16-2014 to 5-17-2014

Invited Faculty - Spine + Science + Management: teaching residents and fellows MAST techniques 5-15-2015 to 5-17-2015

Invited Faculty -Spine + Science + Management: teaching residents and fellows MAST techniques 5-20-2016 to 5-22-2016

Invited Faculty -Spine + Science + Management: teaching residents and fellows MAST techniques 5-12-2017 to 5-13-2017

Invited Faculty -Residence and Fellow Spine Education, program advisor 1-17-2019 to 1-19-2019

*Texts and Book Chapters:*

Ernest Senz, **Matthew Ammerman**, Mark Grant, Damirez Fossett. "Chapter 31-Carpal Tunnel Release." <u>Operative Neurosurgical Anatomy</u>. Damirez Fossett MD and Anthony Caputy MD, Ed. Thieme Publications: New York, NY. January 2002.

Ernest Senz, **Matthew Ammerman**, Damirez Fossett. "Chapter 32-Radial Nerve Decompression." <u>Operative Neurosurgical Anatomy</u>. Damirez Fossett MD and Anthony Caputy MD, Ed. Thieme Publications: New York, NY. January 2002.

Ernest Senz, **Matthew Ammerman**, Damirez Fossett. "Chapter 33-Ulnar Nerve Decompression." <u>Operative Neurosurgical Anatomy</u>. Damirez Fossett MD and Anthony Caputy MD, Ed. Thieme Publications: New York, NY. January 2002.

Ernest Senz, **Matthew Ammerman**, Mark Grant, Damirez Fossett. "Chapter 38- Sciatic Nerve Exploration." <u>Operative Neurosurgical Anatomy</u>. Damirez Fossett MD and Anthony Caputy MD, Ed. Thieme Publications: New York, NY. January 2002.

**Matthew Ammerman**, Martin Baggenstos, Richard S Polin. "Back Pain." Medlink Neurology: <u>www.medlink.com</u>. 2005, 2006, 2007, 2008

*Peer Reviewed Articles:*

Whitney Helmes, Hyung Lee, **Matthew Ammerman**, Annette L. Parks, Marc A. T. Muskavitch, and Barry Yedvobnick. <u>Engineered Truncations in the Drosophila Mastermind Protein Disrupt Notch Pathway Function</u>. Developmental Biology. 215, p. 358-374, 1999.

Khalid MH, Shibata S, Furukawa K, Nadel A, **Ammerman MD**, Caputy AJ. <u>Role of estrogen receptor-related antigen in initiating the growth of human glioma cells.</u> J Neurosurg. 2004 May;100(5):923-30.

Richard S. Polin,, Nicholas F. Marko, **Matthew D Ammerman**, Mark E. Shaffrey, Wei Huang, Frederick A. Anderson Jr, Anthony J. Caputy, and Edward Laws. <u>Functional outcome and survival in patients with high-grade gliomas in dominant and nondominant hemispheres</u>. J Neurosurg 2005 Feb:102(2):276-83.

Ammerman JM, **Ammerman MD**, Dambrosia J, Ammerman BJ. <u>A prospective evaluation of the role of intraoperative x-ray in lumbar discectomy. Predictors of the incorrect level exposure</u>. Surg Neurol 2006 Nov:66(5):470-3.

Ammerman JM, **Ammerman MD**, Magram G. <u>Subarachnoid air mimicking a basilar apex aneurysm. Case illustration</u>. J Neurosurg Peds 2007 Mar:106(3) 244.

Ammerman JM, **Ammerman MD**, Leiphart JW. <u>Traumatic bilateral thoracic facet dislocation without fracture</u>. J American College of Surgeons 2008 Jan: 206(1) pp186-87.

rev 1/2019

Ammerman JM, **Ammerman MD**. Wrong-sided surgery. J Neurosurg Spine 2008 Jul: 9(1) pp105-6.

Ammerman JM, Libricz J, **Ammerman MD**. The role of Osteocel Plus as a fusion substrate in minimally invasive instrument edtransforaminal lumbar interbody fusion. Clin Neurol Neurosurg. 2012 Nov: 12 pp531-8.

*Posters:*

**Matthew Ammerman,** Mark Grant, Ernest Senz, Juan Arzate, Amal Nadel, Anthony Caputy. Surgical Anantomy for Peripheral Nerve Surgey. Department of Neurological Surgery, George Washington University Medical Center, Washington, DC.

Mark Grant, **Matthew Ammerman,** H. Khalid, A. Nadel, D. Fossett, W. Weglicki, A. Caputy. Neuroprotection by Mg-Gluconate During Reperfusion in a Rat Model of Transient Focal Ischemia. Department of Neurological Surgery and Experiment Medicine. The George Washington University Medical Center, Washington, DC. (Presented at AANS meeting in Toronto)

Denis J DiAngelo, PhD, B. Dhillon MSc, **M. Ammerman MD**, M. Campos-Benetiz MD, B. Kelly PhD. A Novel Shear Expulsion Protocol for Evaluating the Holding Strength of Cervical Disc Arthroplasty Devices. University of Tennessee Biomedical Engineering, Memphis TN. (Presented at CSRS meeting in Charlotte, NC 2010)

*Presentations:*

**Matthew Ammerman.** Is BMP worth the hype? Presented at George Washington University, Department of Neurosurgery, Grand Rounds, 1-4-2005.

**Matthew Ammerman.** Defining a role for radiosurgery in the treatment of spinal tumors. Presented at George Washington University, Department of Neurosurgery, Grand Rounds, 2-14-2006.

**Matthew Ammerman.** Endoscopic management of aqueductal stenosis. Presented at George Washington University , Department of Neurosurgery, Grand Rounds. 2-6-2007

**Matthew Ammerman.** Mangament of type 2 dens fractures. Presented at George Washington University, Department of Neurosurgery, Grand Rounds. 9-11-07

**Matthew Ammerman.** Circulatory arrest for giant basilar aneurysms. Presented atGeorge Washington University, Department of Neurosurgery, Grand Rounds. 4-8-08

**Matthew Ammerman, Kevin Foley.** The Anabolic Effect of Plasma-Mediated Ablation on the Intervertebral Disc: Stimulation of Proteoglycan and IL-8 Production. Presented

rev 1/2019

at Spine Arthroplasty Society, London England. Department of Neurosurgery University of Tennessee. 4-30-09.

**Matthew Ammerman**. Introduction to Neurosurgery: A primer for medical students. Presented at George Washington University Medical School. Neuroanatomy Lecture series. 10-26-2009, 10-25-2010. 10/2011, 10/2012, 10/2013

*Committees:*

Investigational Review Board - Chairman Sibley Memorial Hospital (Johns Hopkins Medicine), Washington DC. Member 2009-current

Infection Control and Prevention Meeting - Sibley Memorial Hospital, Washington DC. Member 2009-2012

Pharmacy and Therapeutics Committee - Sibley Memorial Hospital, Washington DC. Member 2012-current

Credential Committee - Sibley Memorial Hospital, Washington DC. Member 2012-current

Monthly Journal Club for the George Washington University Neurosurgical Department residents 2009-current

*Foundations:*

Board of Directors - **So What Else**. One Preserve Parkway, Suite 150. Rockville, MD 20852. 301-279-6990. 2016 to current. Focus on providing out of school time education and creative programming to underserved youth; promote volunteerism in the community.

Board of Trustees (chief science officer)- **Joseph Robert Shaw Foundation**. 5117 52nd Street, NW. Washington, DC 20016. 2017 to current. Focus on treatment/research for hypoxic-anoxic brain injury.

rev 1/2019